UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RIMA MIZYED,

          Plaintiff,

   v.

MYISHA BURKS,

          Defendant.

Case No. 16-cv-02257-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

Re: Dkt. No. 10

    The Court has reviewed Magistrate Judge Joseph C. Spero's report and recommendation, recommending that this action be remanded to the California Superior Court for Alameda County. Dkt. No. 10. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

    The Court agrees that the case should be remanded because there is no basis for federal jurisdiction. Consequently, the Court adopts the report and recommendation of Judge Spero in full, and orders the case remanded to the California Superior Court for Alameda County.

    **IT IS SO ORDERED.**

Dated: July 12, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RIMA MIZYED,

        Plaintiff,

   v.

MYISHA BURKS,

        Defendant.

Case No. 16-cv-02257-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Myisha Burks
3524 Foothill Boulevard, #20
Oakland, CA 94601

Dated: July 12, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO